In the United States District Court
for the middle district of Georgia
Macon division

REC    ED
CLERK'    CE
2017 FEB -6 PM 2:40
U.S. DISTR
MIDDLE DIST.    A

Salim Hajiani
Plaintiff

V.

Mines Enterprise LLC
and mark mines
Defendant

Civil Action No:

**5:17-CV-053**

Jury trial Requested

## Complaint

Salim Hajiani, Plaintiff files this Complaint, Stating claims for relief as follows:

### (1) Jurisdiction and venue

1.1 This is an action arising under the laws of the United States of America, in Particular Title VII of the Civil rights act of 1964, as amended, 42 U.S.C. õ 2000 e-16, and the Civil rights Act of 1991, 42 U.S.c. õ 1981 a.

1.2 The Jurisdiction of this Court is invoked Pursuant to the Provisions of Title VII, 42 U.S.C õõ 2000 e-5 and 2000 e-16(c), and the General Civil rights Jurisdictional Provisions of 28 U.S.C. õ 1343(a)(4)

1.3 Claims are also Stated under the Common law of the State of Georgia against the Individual defendant.

② Nature of the Action and Relief Sought

2.1   This is an Employment discrimination Case by an Employee alleging discriminatory Conduct against him because of his religion

2.2   This is also an action under the Common law of the State of Georgia for invasion of Privacy and intentional infliction of Emotional Distress

2.3   Plaintiff seeks appropriate injunctive relief and Compensatory and Punitive Damages against the defendants.

③   Parties

3.1   Salim Hajioni, Plaintiff is a resident of the state of Georgia

3.2   Mines Enterprise llc is a business operating in the State of Georgia

3.3   Mark mines is the owner of mines Enterprise llc and is a resident of the state of Georgia.

Defendant has maintained, acquiesced in the maintaining of, or failed to take appropriate required Action to Eliminate a General and Consistent Pattern and Practice of religious Descrimination

Plaintiff was Subjected to unwarranted Criticism and disparagement at work. Plaintiff was also Subjected to threats and harassment at work.

This Suit is being brought within 90 days of the receipt by Plaintiff of notice of Such final agency administrative action on that part of his formal Complaint.

Plaintiff was Subjected to Extreme Emotional Distress by unreasonable Conduct.

(5) Claims for Relief

(I) Employment Discrimination
Civil Rights Act of 1964 and 1991

Defendants have discriminated against Plaintiff in the terms and Conditions of Plaintiff's Employment because of Plaintiff's religion.

(II) Georgia law - Intentional Infliction of Emotional Distress

Defendants outrageous Conduct Caused Extreme Emotional Distress to Plaintiff. Plaintiff has no means of Relief for Such damages under federal law

(Intrusion of Privacy (Georgia Law)

Defendants invaded Plaintiff's Privacy and hence are liable for damages under Georgia Law, and Plaintiff has no means of ~~such damag~~ relief for such damages under Federal Law.

## Prayer

Accordingly, Plaintiff prays that defendant be cited to appear and answer in this action, and that upon the evidence, finding of the Jury and applicable law, the Court enter Judgement:

1. Declaring the defendant maintains and had maintained a practice of religious Discrimination

2. Awarding Plaintiff Back pay, Compensatory damages, and Punitive against the defendants

3. Any and All other Relief that the Court seems Just and Fair

Respectfully submitted

(Salim Hajcani)

2/6/17

678 832 8878

P.O. Box 642
Barnesville, GA
30204

National Registered Agents Inc.

1201 Peachtree street, NE

Suite 1240

Atlanta, GA 30361